Hearing Date:  March 27, 2018 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: March 20, 2018

WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200
Paige C. Spencer

*Counsel for Defendant Kathryn L. Bedke*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| MUNDO LATINO MARKET INC., | Case No. 16-11349 (SMB) |
| Debtor. | |
| ROBERT L. GELTZER, as Chapter 7 Trustee of Mundo Latino Market Inc., | Adversary Proceeding No. 18-01013 (SMB) |
| Plaintiff, | |
| v. | |
| KATHRYN L. BEDKE, | |
| Defendant. | |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR MOVE WITH RESPECT TO THE TRUSTEE'S COMPLAINT**

Defendant Kathryn L. Bedke ("Defendant," or "Ms. Bedke"), pursuant to Fed. R. Bankr. P. 9006(b), moves for an Order enlarging the time, up through and including May 14, 2018, for Defendant to answer or move with respect to the Trustee's Complaint, and as good cause states:

1. On February 8, 2018, Plaintiff Robert L. Geltzer, as Chapter 7 Trustee of Mundo Latino Market Inc., filed his Complaint in the above-captioned adversary proceeding. On February 12, 2018, the Clerk of Court issued the summons in this proceeding.

2. Defendant's answer, motion or other response with respect to the Complaint is therefore due on March 14, 2018.

3. The Court has scheduled a pretrial conference for 10 a.m. on April 10, 2018.

4. Defendant requests an extension of her time to answer or move with respect to the Complaint because Ms. Bedke is receiving ongoing treatment for Stage 4 colon cancer. On February 26, 2018, Ms. Bedke underwent major abdominal surgery to remove a cancerous growth, and now faces a challenging and painful recovery. Ms. Bedke also remains on pain medication. Counsel thus requires additional time to confer with her in preparing a response to the Complaint.

5. Defendant also requests this extension to allow counsel to continue its ongoing investigation into the factual background giving rise to Mundo Latino Market Inc.'s formation and subsequent bankruptcy, which counsel understands is highly relevant to the present adversary proceeding.

6. Counsel for the Trustee was contacted by telephone and e-mail on both March 9 and March 12, 2018. Notwithstanding the circumstances of Ms. Bedke's illness and surgery, the Trustee's counsel would only agree to a thirty-day extension.

7. The bankruptcy of Mundo Latino Market Inc. was filed on May 11, 2016. The Chapter 7 Trustee was appointed in September 2016. Hence, the Trustee waited almost 15 months before commencing this action, and the requested extension will not prejudice the Trustee.

8. Defendant has made no previous requests for adjournment or extension.

Based on the foregoing, Defendant therefore respectfully requests that her time to answer or move against the Complaint in this action be extended until May 14, 2018.

Date: March 12, 2018

**WHITE & CASE LLP**

/s/ *Paige C. Spencer*
Paige C. Spencer
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: 212.819.8200
Fax: 212.354.8113
Email: paige.spencer@whitecase.com

*Counsel for Defendant Kathryn L. Bedke*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2018, a copy of the above and foregoing was filed electronically with the Clerk of Court using the Court's CMF/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the Court's electronic filing system, and via U.S. Mail to the following:

Allen G. Kadish
ARCHER & GREINER, P.C.
630 Third Avenue
New York, New York 10017
Phone:  212.682.4940
Fax:  212.682.4942
Email:  akadish@archerlaw.com

                                                          /s/ *Paige C. Spencer*

                                                          WHITE & CASE LLP
                                                          1221 Avenue of the Americas
                                                          New York, NY 10020
                                                          Phone: 212.819.8200