

Allen G. Kadish

akadish@archerlaw.com
212-682-4940 Direct
212-682-4942 Direct Fax

Archer & Greiner, P.C.
630 Third Avenue
New York, NY 10017
212-682-4940 Main
212-682-4942 Fax
www.archerlaw.com

March 26, 2018

Hon. Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

   Re: In re Mundo Latino Market Inc., Debtor
      Chapter 7 Case No. 16-11349 (SMB)
      Robert L. Geltzer as Trustee
       v. Kathryn L. Bedke
      Adv. Pro. No. 18-01013 (SMB)

Dear Judge Bernstein:

   This will confirm that the hearing on the defendant's motion to extend time to answer [Docket Nos. 6, 7] is rescheduled from March 27, 2018 to April 10, 2018 at 10:00 a.m. and will be heard at the same time as the initial pre-trial conference in this adversary proceeding.

        Respectfully yours,

        ARCHER & GREINER
        A Professional Corporation

        By:_____
          Allen G. Kadish

AGK/ag
cc: Paige Spencer, Esq.
   Robert L. Geltzer, Trustee

214249400v1