ARCHER & GREINER, P.C.                         Pre-Trial Conference: June 5, 2018
Allen G. Kadish                                                       at 10:00 a.m.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Email: akadish@archerlaw.com

*Special Litigation Counsel for*
*Robert L. Geltzer, Chapter 7 Trustee, Plaintiff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

MUNDO LATINO MARKET INC.,                   Chapter 7 Case No. 16-11349 (SMB)

                 Debtor.

------------------------------------------------------------x

ROBERT L. GELTZER, as                           Adv. Pro. No. 18-01013 (SMB)
Chapter 7 Trustee of
Mundo Latino Market Inc.,

                 Plaintiff,

         v.

KATHRYN L. BEDKE,

                 Defendant.

------------------------------------------------------------x

## NOTICE OF PRE-TRIAL CONFERENCE

       PLEASE TAKE NOTICE that a pre-trial conference in the captioned adversary proceeding shall be held before the Hon. Stuart M. Bernstein, in Courtroom 723 at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, on Tuesday, June 5, 2018 at 10:00 a.m.

Dated: New York, New York  
      April 16, 2018

ARCHER & GREINER, P.C.

By:   s/ Allen G. Kadish  
      Allen G. Kadish  
630 Third Avenue  
New York, New York 10017  
Tel: (212) 682-4940  
Email: akadish@archerlaw.com

*Special Litigation Counsel for*  
*Robert L. Geltzer, Chapter 7 Trustee, Plaintiff*

214368184v1